# MANDATE

*04-10666*
*USDC/MA*
*Woodlock, D.*

# United States Court of Appeals
## For the First Circuit

Nos. 04-2616
04-2617
04-2618

LIBERTY MUTUAL INSURANCE COMPANY

Plaintiff - Appellee

v.

THE BLACK & DECKER CORPORATION; BLACK & DECKER, INC.; BLACK & DECKER (U.S.) INC.; EMHART CORPORATION; EMHART INDUSTRIES, INC.

Defendants - Appellants

---

**JUDGMENT**
**Entered: March 25, 2005**

Upon consideration of stipulations,

It is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 3/25/05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By _____
Operations Manager

[cc: Deborah E. Barnard, Esq., Janice Kelley Rowan, Esq., Ralph T. Lepore, III, Esq., Robin L. Main, Esq., Martha Born, Esq., Jack R. Pirozzolo, Esq., Judith S. Ziss, Esq., Richard L. Binder, Esq.]